## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **CORRECT TRANSMISSION, LLC,** | |
| Plaintiff, | |
| **v.** | **Case No. 6:20-cv-00670-ADA** |
| **JUNIPER NETWORKS, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

### STATUS REPORT REGARDING MOTION FOR INTER-DISTRICT TRANSFER

Pursuant to this Court's March 23, 2021 Standing Order Regarding Motion for Inter-District Transfer, movant Juniper Networks, Inc. ("Juniper") respectfully submits this status report regarding its October 13, 2020 Opposed Motion to Transfer Venue to the Northern District of California (Dkt. No. 20) six weeks prior to the date of the Markman hearing.

Juniper's motion has not been fully briefed and is not ready for resolution at this time. Pursuant to the December 9, 2020 Amended Scheduling Order (Dkt. No. 36), the following deadlines related to the motion remain:

- April 27, 2021 – Motion to Transfer Response Brief Due

- May 11, 2021 – Motion to Transfer Reply Brief Due

The Markman hearing is currently scheduled for May 28, 2021. The parties' claim construction briefing will be completed by May 14, 2021 with their Joint Claim Construction Statement due on May 19, 2021.

Dated: April 16, 2021

Respectfully submitted,

*/s/ Adam A. Allgood*
Alan M. Fisch (*pro hac vice*)
DC Bar No. 453068
*alan.fisch@fischllp.con*
R. William Sigler (*pro hac vice*)
DC Bar No. 490957
*bill.sigler@fischllp.com*
Adam A. Allgood
Texas State Bar No. 24059403
*adam.allgood@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

*Attorneys for Juniper Networks, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas, Waco Division, via the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

By: _/s/ Adam A. Allgood_
Adam A. Allgood