# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CORRECT TRANSMISSION, LLC | § | |
| Plaintiff, | § | |
| v. | § | Civil. Action No. 6:20-CV-670-ADA |
| JUNIPER NETWORKS, INC., | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## CORRECT TRANSMISSION'S NOTICE OF JUNIPER'S PETITIONS FOR INTER PARTES REVIEW

Pursuant to the Order Governing Proceedings Version 3.3, Plaintiff Correct Transmission, LLC hereby notifies the Court that Defendant Juniper Networks, Inc. has filed the following Petitions for *Inter Partes* Review that are relevant to Civil Action No. 6:20-CV-670-ADA:

- IPR 2021-00469 (U.S. Patent 7,983,150) filed on January 26, 2021
    - Expected Institution Decision by August 14, 2021
    - Expected Final Written Decision, if any, by August 15, 2022
- IPR 2021-00571 (U.S. Patent 7,127,523) filed on February 22, 2021
    - Expected Institution Decision by September 9, 2021
    - Expected Final Written Decision, if any, by September 9, 2022
- IPR 2021-00682 (U.S. Patent 7,283,465) filed on March 17, 2021
    - Expected Institution Decision by October 11, 2021
    - Expected Final Written Decision, if any, by October 11, 2022
- IPR 2021- 00814 (U.S. Patent 7,768,928) filed on April 16. 2021
    - Expected Institution Decision by October 29, 2021

1

- o   Expected Final Written Decision, if any, by October 31, 2022

- IPR 2021-00984 (U.S. Patent 6,876,669) filed on May 19, 2021

    - o   Expected Institution Decision late November, 2021[1]

    - o   Expected Final Written Decision, if any, by late November, 2022

Dated:  May 25, 2021

Respectfully submitted,

*/s/Scott W. Breedlove*
E. Leon Carter
Texas State Bar No. 03914300
Bradley D. Liddle
Texas State Bar No. 24074599
Scott W. Breedlove
Texas State Bar No. 00790361
Joshua J. Bennett
Texas State Bar No. 24059444
Nathan Cox
Texas State Bar No. 24105751
Monica Litle
Texas State Bar No. 24102101
CARTER ARNETT PLLC
8150 N. Central Expressway
5th Floor
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

ATTORNEYS FOR PLAINTIFF
CORRECT TRANSMISSION, LLC

---

[1] As of May 25, 2021, no Notice of Accord Filing Date to establish deadline for Patent Owner's preliminary response and corresponding deadlines had been filed by the PTAB.