UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CORRECT TRANSMISSION, LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil. Action No. 6:20-CV-670-ADA |
| JUNIPER NETWORKS, INC. | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

## CLAIM CONSTRUCTION ORDER

The parties requested the Court to construe claim terms of U.S. Patent Nos. 6,876,669 ("'669 patent"); 7,127,523 ("'523 patent"); 7,283,465 ("'465 patent"); 7,768,928 ("'928 patent"); and 7,938,150 ("'150 patent").

The Court provided preliminary constructions on June 23, 2021 and held a claim construction hearing on June 25, 2021. After careful consideration of the parties' briefs, oral arguments, and the applicable law, the Court enters its final constructions for each term as shown below:

| Claim Term | Correct Transmission's Construction | Juniper's Construction | Court's Final Construction |
|---|---|---|---|
| [transmitting/transmit] at least a fragment of the second datagram<br><br>'669 patent, claims 1, 15 | Plain and Ordinary meaning | Indefinite | Plain and Ordinary meaning |
| [adding/add] a field to the fragment indicating the number of datagrams whose transmission has | Plain and Ordinary meaning | "[adding/add] a field to the fragment" – Indefinite | Plain and Ordinary meaning |

| | | | |
|---|---|---|---|
| been interrupted<br><br>'669 patent, claims 1, 15 | | "indicating the number of datagrams whose transmission has been interrupted" – indicating the number of lower-priority datagrams whose transmission remains interrupted | |
| acts as a virtual bridge<br><br>'523 patent, claims 1, 10 | Makes a virtual connection | Indefinite | Plain and Ordinary meaning |
| periodically<br><br>'465 patent, claims 1, 16 | Plain and Ordinary meaning | Plain and Ordinary meaning, that being "at regular intervals of time" | Plain and Ordinary meaning |
| port definer module<br><br>'928 patent, claims 1, 2, 14, 32 | Function: "designating any one physical link of the logical link."<br><br>Structure: a processor-based electrical circuit containing instructions configured to forward at least one CFM message via the designated link, and equivalents thereof | Means plus function; Indefinite | Means plus function<br><br>**Function**: designating any one physical link of the logical link and examining the designated link of the logical link<br><br>**Structure**: The port-definer-module structures and algorithms described in FIGs. 4 and 7 and the Specification at 10:65 – 11:28 and 13:15 – 13:67, and equivalents thereof |
| forwarding at least one CFM message to said logical link in such a way as to be forwarded over said logical link | Plain and Ordinary meaning | Indefinite | Plain and Ordinary meaning |

2

| | | | |
|---|---|---|---|
| specifically via said designated physical link<br><br>'928 patent, claims 1, 14, 32 | | | |
| forwarding at least one CFM message to said second maintenance entity via said logical link in such a way that said CFM message is passed specifically via said designated physical link<br><br>'928 patent, claims 14 | Plain and Ordinary meaning | Indefinite | Plain and Ordinary meaning |
| connection termination point<br><br>'150 patent, claims 1, 11, 13, 14, 15, 18, 19, 20 | Plain and Ordinary meaning | Plain and ordinary meaning, that being "point that connects the respective node to a different network" | "point that connects the respective node of a network to a different network" |

SIGNED this 25th day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE