IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CORRECT TRANSMISSION, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> *Defendant*. | Case No. 6:20-cv-670-ADA <br><br> **JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is Correct Transmission's Motion to Dismiss Defendant's Counterclaims and Motion to Strike Certain Affirmative Defenses (ECF No. 24) ("the Motion"). On November 6, 2020, Juniper filed an Amended Answer. On the same day, Juniper also filed a Response to the Motion, which informed the Court that the parties agreed that the filing of Juniper's Amended Answer rendered the Motion moot.

Accordingly, it is hereby **ORDERED** that the Motion is denied as moot.

**SIGNED** on this 1st day of October, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE